IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                    CIVIL NO. 06-5151

PATRICIA C. RUTHERFORD,
    Defendant.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on August 14, 2006, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant.  Default was duly entered as to the defendant on December 6, 2006.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $8,759.16;  interest thereon  from June 8, 2006  until date of judgment at the rate of 9.00 percent; plus interest from the date of judgment until paid in full at the legal rate of 5.03 percent per annum; $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923.
.

DATE: January 18, 2007               /s/Jimm Larry Hendren
                                      HONORABLE JIMM LARRY HENDREN
                                      CHIEF U. S. DISTRICT COURT JUDGE